USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

HILARY RHODA et al.

                          Plaintiffs,         No. 14 Civ. 6740 (CM)

-against-

MARIANNE K. RHODA,

                          Defendant.
_____x

**ORDER LIFTING STAY**

McMahon, C.J.:

The Clerk of Court is directed to lift the stay in this case.

Dated: June 22, 2017

_____
Chief Judge

BY ECF TO ALL COUNSEL

1